UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-00323-MOC-DLH

| | | |
|---|---|---|
| **ASHLEY ALLEN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **XEROX EDUCATION SERVICES, LLC** | ) | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.** | ) | |
| **EQUIFAX INFORMATION SERVICES, LLC** | ) | |
| **TRANS UNION, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendant Conduent Education Services. LLC's Motion to Dismiss made pursuant to Rule 12(b)(6). Having considered defendant Conduent Education Services. LLC's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant Conduent Education Services. LLC's Motion to Dismiss made pursuant to Rule 12(b)(6) (#20) is DENIED.

Signed: February 16, 2018



Max O. Cogburn Jr
United States District Judge

-1-